FILED

2003 DEC -1  P 12: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MAZE, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV166 (SRU) |
| | : |
| v. | : |
| | : |
| FINANCIAL FREEDOM SENIOR | : |
| FUNDING CORPORATION, | : |
| | : |
| Defendant. | : NOVEMBER 26, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, Defendant hereby requests an extension of the deadline for dispositive motions until thirty (30) days after the decision on the pending Motion to Amend the Complaint. This extension is requested so that any dispositive motion will be directed to the operative pleading.

This is the first extension of time requested in regard to this deadline. Plaintiff's counsel has been contacted and has no objection to this Motion. The case is not assigned for trial.

Done at Bridgeport, Connecticut, this 26th day of November, 2003.

_Loraine M. Cortese-Costa_
LORAINE M. CORTESE-COSTA
Federal Bar No. ct03984
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203) 366-3438
ATTORNEYS FOR DEFENDANT

## **CERTIFICATION**

I hereby certify that I have caused to be served this 26th day of November, 2003, the above and foregoing by United States mail, postage paid, return receipt requested, on the following counsel and pro se parties of record:

Valerie Maze, Esq.
1465 East Putnam Avenue, #111
Old Greenwich, CT 06870

_____
LORAINE M. CORTESE-COSTA

P:\lit\LCC\311750\002\00035225.DOC