UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT                FILED

WILLIAM J. MAZE                          :
                                         :   CASE NO:   2003 DEC -9  P 2: 27
V.                                       :   303CV166 (SRU)
                                         :
                                         :
FINANCIAL FREEDOM SENIOR                 :
FUNDING CORP.                            :   December 8, 2003

**PLAINTIFF'S MOTION FOR ORDER COMPELLLING
<u>DISCLOSURE AND FOR IMPOSITION OF SANCTIONS FAILING
DISCLOSURE</u>**

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure and Rule 37(a)(2) of the Local Rules of Civil Procedure for the District of Connecticut, the plaintiff moves for an order compelling the defendant Financial Freedom Senior Funding Corp. ("Financial Freedom") to disclose information and afford inspection to plaintiff. A memorandum and affidavit in support of this motion are filed herewith.

Plaintiff seeks an order that if Financial Freedom fails to provide or permit the discovery ordered in response to this motion, that a judgment of default be entered against Financial Freedom pursuant to Rule 37(b)(2)(C). Plaintiff reserves his right to expenses and additional sanctions necessitated by the filing of this motion as permitted under the Rules.

```
                                   THE PLAINTIFF


                                   _____
                                   BY HIS ATTORNEY
                                   Valerie E. Maze
                                   1465 E. Putnam Avenue
                                   Unit 111
                                   Old Greenwich, CT 06870
                                   (CT14080)
                                   Tel: (203) 698 1509
```

CERTIFICATION

I hereby certify that on the 9th day of December, 2003, the foregoing was sent to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
Bridgeport, CT  06604

Valerie E. Maze