UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC -9  P 2: 27

| | |
|---|---|
| WILLIAM J. MAZE | : |
| | : CASE NO: |
| V. | : 303CV166 (SRU) |
| | : |
| FINANCIAL FREEDOM SENIOR | : |
| FUNDING CORP. | : December 8, 2003 |

**COUNSEL'S RULE 37(a)(2) AFFIDAVIT**

Pursuant to Rule 37(a)(2) of the Local Rules of Civil Procedure for the District of Connecticut, plaintiff's counsel hereby certifies that, on October 6, 2003, she conferred with counsel for defendant Financial Freedom Senior Funding Corp. ("Financial Freedom"), Attorney Cortese-Costa, and discussed the discovery issues between them in detail, namely Financial Freedom's objections to the plaintiff's First Discovery Request dated July 9, 2003, in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution and has conferred with counsel in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court and was unable to reach such an agreement as to the particular issues identified in plaintiff's motion filed herewith.

_____
Valerie E. Maze
Attorney for the
Plaintiff
1465 E. Putnam Avenue
Unit 111
Old Greenwich, CT 06870
(CT14080)
Tel: (203) 698 1509

## CERTIFICATION

I hereby certify that on the 9th of day of December, 2003, the foregoing was sent to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
Bridgeport, CT 06604

_____
Valerie E. Maze

5