UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 OCT 15 P 12:25

WILLIAM J. MAZE :
:
V. :
:
: CIVIL ACTION NO.
: 3:03CV166(SRU)
FINANCIAL FREEDOM SENIOR :
FUNDING CORP. : October 13, 2003

**MOTION TO ADD PARTY DEFENDANT AND REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

The plaintiff William J. Maze hereby moves for permission to add Unity Mortgage Corp. as party defendants and for leave to file the Second Amended Complaint attached hereto based on the following:

1. This action involves the asserted improper termination of a commission fee agreement and the defendant's failure to pay the plaintiff commission fees due on certain reverse mortgage loans closed in Connecticut, the leads for which were generated by the plaintiff. The defendant has paid the plaintiff no [zero] compensation of any kind.

2. The offer of employment to plaintiff was extended by Jeanine Ehrlich who was a Regional Manager with Unity Mortgage Corp. in 2000 and subsuqently a Regional Manager with defendant Financial Freedom Senior Funding Corp. ("Financial Freedom"). Financial Freedom purchased the

*[handwritten margin note: Granted. The clerk shall docket the Second Amended Complaint. So ordered. [signature] 12/18/03]*