03CV166 M DISM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC -9 P 2: 27

| | | |
|---|---|---|
| WILLIAM J. MAZE | : | |
| v. | : | CASE NO: |
| | : | 303CV166 (SRU) |
| FINANCIAL FREEDOM SENIOR | : | |
| FUNDING CORP. | : | December 8, 2003 |

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

The plaintiff hereby moves for permission to dismiss without prejudice the plaintiff's proposed action asserted in the proposed Second Amended Complaint against Unity Mortgage Corp. based on the following:

1. The plaintiff's motion to join Unity Mortgage Corp. was triggered by the affirmative defenses asserted by defendant Financial Freedom (failure to join an indispensable party; lack of jurisdiction) and Financial Freedom's denial of an employment relationship. Based on the time limitations set forth in the scheduling order, plaintiff was required to file any motion to join additional parties by October 15, 2003. There was an indication that there was no willingness to agree with plaintiff to any modification of the scheduling order.

2. Plaintiff has now filed, however, a motion pursuant to Rule 37 of the Local Rules of Civil Procedure for the District of Connecticut concerning the issues of

[Handwritten margin note: Granted. All claims against Unity Mortgage Corp. in the Second Amended Complaint are dismissed without prejudice. So ordered. /s/ 12/18/03]