UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MAZE, : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03CV166 (SRU) |
| : | |
| v. : | |
| : | |
| FINANCIAL FREEDOM SENIOR : | |
| FUNDING CORPORATION, AND : | |
| UNITY MORTGAGE CORP., : | |
| : | |
| Defendants. : | DECEMBER 23, 2003 |

### SUPPLEMENTAL MOTION FOR EXTENSION OF TIME
### TO SERVE MOTION FOR SUMMARY JUDGMENT

By motion dated November 26, 2003, Financial Freedom moved to extend the deadline for serving dispositive motions in the above-captioned case from November 30, 2003 until thirty days after the Court's decision on Plaintiff's pending motion to amend Complaint. However, the Court has not acted on that motion and pursuant to Rule 15(a), the motion to amend was rendered moot by Financial Freedom's written consent to the amendment. Accordingly, Financial Freedom requests that the deadline for serving dispositive motions be set as January 31, 2004.

This is the second extension of time requested in regard to this deadline. Plaintiff's counsel has previously indicated that she would have no objection to this motion. The case is not assigned for trial.

**ORAL ARGUMENT NOT REQUESTED**

Done at Bridgeport, Connecticut, this 23rd day of December, 2003.

                                       LORAINE M. CORTESE-COSTA
                                       Federal Bar No. ct03984
                                       DURANT, NICHOLS, HOUSTON,
                                       HODGSON & CORTESE-COSTA, P.C.
                                       1057 Broad Street
                                       Bridgeport, CT  06604
                                       (203) 366-3438
                                       ATTORNEYS FOR DEFENDANT

## CERTIFICATION

I hereby certify that I have caused to be served this 23rd day of December, 2003, the above and foregoing by United States mail, on the following counsel and pro se parties of record:

Valerie Maze, Esq.
1465 East Putnam Avenue, #111
Old Greenwich, CT  06870

LORAINE M. CORTESE-COSTA

P:\lit\CTC\311750\002\00037504.DOC