FILED

2004 JAN -9 A 11: 33

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MAZE, | : |
| Plaintiff, | : CIVIL ACTION NO. <br> : 3:03CV166 (SRU) |
| v. | : |
| FINANCIAL FREEDOM SENIOR <br> FUNDING CORPORATION, | : |
| Defendant. | : JANUARY 9, 2004 |

### DEFENDANT'S MOTION FOR RECONSIDERATION

Pursuant to L. Civ. R. 7(c), Defendant Financial Freedom Senior Funding Corporation, by and through its undersigned counsel, files this Motion for Reconsideration of The Honorable Stefan R. Underhill's December 19, 2003 Order granting Plaintiff's Motion to Dismiss as to Defendant Unity Mortgage Corp. as a defendant in this action. Defendant moves for reconsideration because it is apparent that Judge Underhill had rendered his decision before receiving a copy of the Defendant's Memorandum in Opposition to Plaintiff's Motion to Dismiss Unity Mortgage as a Party to Suit which was timely filed on December 30, 2003.

Based upon the foregoing, Financial Freedom respectfully requests that Judge Underhill reconsider his decision and deny Plaintiff's request to dismiss Unity Mortgage as a party to this suit for the reasons set forth in Defendant's Memorandum in Opposition to Plaintiff's Motion to Dismiss Unity Mortgage dated December 30, 2003.

**ORAL ARGUMENT NOT REQUESTED**

---

DENIED, after review of the opposition to the motion to dismiss Unity Mortgage. The Woodford decision does not stand for the cited proposition. Moreover, although there may be consequences from the failure to join Unity Mortgage, if it is held to be an indispensible party, plaintiff has a right to dismiss that party pursuant to Fed. R. Civ. P. 41(a)(1)(i). So ordered.

Stefan R. Underhill
United States District Judge
01/13/04