UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MAZE | : |
| | : CASE NO: |
| V. | : 3:03CV166 (SRU) |
| | : |
| FINANCIAL FREEDOM SENIOR | : |
| FUNDING CORP. | : January 13, 2004 |

FILED
2004 JAN 13 P 2:06
US DISTRICT COURT
BRIDGEPORT CT

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION

The plaintiff objects to Financial Freedom's motion for reconsideration concerning the court's order allowing plaintiff's dismissal without prejudice of any action against Unity Mortgage Corporation for the following reasons:

1. The dismissal requested was entirely proper pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure.

2. Financial Freedom never sought to assert any crossclaim against Unity Mortgage Corporation within the time required by the scheduling order.

3. Instead Financial Freedom has purported to assert an alleged defense of failure to join an indispensable party while at the same time attempting in this litigation to withhold information relevant to said asserted defense.

There appears to plaintiff be no good faith basis for such defense in a case where:

- Financial Freedom who made representations to plaintiff that he was working for Financial Freedom.

- Financial Freedom was the undisputed purchaser of the reverse mortgage assets of Unity Mortgage Corporation who continued to operate its business.

- It was Financial Freedom, after purchasing and continuing the reverse mortgage business of Unity Mortgage Corporation, which terminated the plaintiff's employment.

- It was Financial Freedom that closed on various reverse mortgage loans without paying the plaintiff commission fees although the plaintiff undertook considerable efforts to generate leads to those homeowners in accordance with his agreement.

WHEREFORE the dismissal was proper and Financial Freedom's motion for reconsideration should be denied.

THE PLAINTIFF

_____
BY HIS ATTORNEY
Valerie E. Maze
1465 E. Putnam Avenue
Unit 111
Old Greenwich, CT 06870
(CT14080)
Tel: (203) 698 1509

## CERTIFICATION

I hereby certify that on the  13th  day of January, 2004, the foregoing was sent via First-Class U.S. mail to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
Bridgeport, CT 06604

_____
Valerie E. Maze