UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JAN 13 P 2: 07
US DISTRICT COURT
BRIDGEPORT CT

WILLIAM J. MAZE

V.

FINANCIAL FREEDOM SENIOR
FUNDING CORP.

CASE NO:
3:03cv166(SRU)

January 8, 2004

### REQUEST FOR SCHEDULING OF SETTLEMENT CONFERENCE

In their Report of Planning Meeting dated May 25, 2003 approved by the Court on June 4, 2003, the plaintiff and defendant Financial Freedom action requested an early settlement conference (with the presiding judge or a magistrate judge). See Report of Planning Meeting dated May 25, 2003, page 4, ¶ V. C. 2. The plaintiff's action subsequently asserted against Unity Mortgage Corporation has been dismissed without prejudice.

Based on the agreement for an early settlement conference, as approved by the court, the plaintiff hereby requests that the settlement conference be scheduled. A settlement conference, if fruitful, could render pending motions moot and preclude the preparation and filing of motions for summary judgment.

THE PLAINTIFF

*[signature]*

BY HIS ATTORNEY
Valerie E. Maze
1465 E. Putnam Avenue
Unit 111
Old Greenwich, CT 06870
(CT14080)
Tel: (203) 698 1509

## CERTIFICATION

I hereby certify that on the 8th day of January, 2004, the foregoing was sent to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
Bridgeport, CT 06604

_____
Valerie E. Maze