FILED

2004 JAN 14  A 10: 44

US DISTRICT COURT
BRIDGEPORT CT

UNTED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM J. MAZE,<br>    Plaintiff, | : <br> : <br> : | CIVIL ACTION NO.<br>3:03CV166 (SRU) |
| v. | : <br> : | |
| FINANCIAL FREEDOM SENIOR<br>FUNDING CORP. AND UNITY<br>MORTGAGE CORPORATION, | : <br> : <br> : <br> : | |
| Defendants. | : | JANUARY 13, 2004 |

### FINANCIAL FREEDOM'S MOTION
### FOR PROTECTIVE ORDER (Expedited Decision Requested)

Defendant, Financial Freedom, moves the Court for a Protective Order pursuant to Rule

26(c) of the Federal Rules of Civil Procedure in the form attached as Exhibit A.  Financial

Freedom has already provided to Plaintiff in discovery information including customer names,

addresses and loan amounts, personal information regarding present and former employees and

is prepared to disclose an asset purchase and related agreements between Financial Freedom and

Unity Mortgage Corporation which contain proprietary information about both companies, one

of which (Unity) is not yet a party to this action.  A protective order is necessary to maintain the

confidentiality of the personal and proprietary information disclosed.  Defendant requests an

expedited decision on this motion because Plaintiff has moved to compel production of certain

proprietary documents which Defendant has agreed to produce pursuant to a protective order.

The certification required by Rule 26(c) has been filed herewith.

Done at Bridgeport, Connecticut, this 13th day of January, 2004.

Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
203-366-3438
Federal Bar No. ct03984

ATTORNEYS FOR FINANCIAL FREEDOM

## **CERTIFICATION**

This is to certify that a copy of the foregoing, was caused to be mailed, via U. S. Mail, postage prepaid, the _14+2_ day of January, 2004, to all counsel and pro se parties of record:

    Valerie E. Maze, Esq.
    1465 E. Putnam Avenue #111
    Old Greenwich, CT 06870

                                  Loraine M. Cortese-Costa

P:\lit\LCC\311750\002\00037506.DOC

# EXHIBIT
# A

UNTED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM J. MAZE,                    :        CIVIL ACTION NO.
    Plaintiff,                  :        3:03CV166 (SRU)
                                 :
v.                                 :
                                   :
FINANCIAL FREEDOM SENIOR          :
FUNDING CORP. AND UNITY           :
MORTGAGE CORPORATION,             :
                                   :
    Defendants.                 :        JANUARY ___, 2004

## <u>PROTECTIVE ORDER/ORDER OF CONFIDENTIALITY</u>

WHEREAS, certain discovery requests, depositions and other proceedings in connection with the above-captioned action ("Action") have required or may require the disclosure of certain confidential and/or proprietary information and/or information which may be protected and/or confidential including but not limited to any personal information regarding customers; business information; personnel information; and proprietary agreements between the Defendants particularly the Asset Purchase and related agreements ("Confidential Information").

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1      Such Confidential Information shall not be disclosed to anyone other than the following:

        a.      the Court and relevant personnel employed by the Court;

    b.      court reporters who record or transcribe testimony in this case;

    c.      counsel to the parties, including legal assistants and clerical or other support staff;

    d.      expert witnesses for each party, and

    e.      the parties to this Action.

2.      Any Confidential Information produced pursuant to Court order shall also be subject to this Order.

3.      All persons authorized by this Order to receive Confidential Information shall maintain such information as confidential in accordance with this Order. Confidential Information may be used only in the prosecution or defense of this Action and not for any other purpose, including without limitation any purpose relating to other actions or claims against the Defendants.

4      If any Confidential Information is to be filed with the Court, the parties agree to limit the filing to only those parts of the Confidential Information reasonably believed necessary for the intended purpose. Prior to the filing of any motions or the commencement of any hearing or trial of this matter, the undersigned agree to discuss the means to preserve the confidentiality of any Confidential Information which may be presented in conjunction with any such motion or

at any such hearing or trial of the Action, and to seek a supplemental Order from the court accordingly. Nothing in this Order shall be construed to waive or prejudice the right of any party to object to the production or admission of any document or information in this action, including at any hearing or trial. Similarly, nothing in this Order shall be construed to waive or prejudice the right of any party to offer into evidence any such document or information at any hearing or at trial.

5.      If either party and/or their counsel is served with a subpoena or other compulsory process from a third party seeking production or other disclosure of Confidential Information, the party from whom discovery is sought and their counsel agree to give written notice to counsel for the other party within two (2) business days after receipt of the subpoena or other compulsory process, identifying the Confidential Information sought and enclosing a copy of the subpoena or other compulsory disclosure. Unless the other party consents in writing to compliance by the party from whom discovery is sought with the subpoena or other compulsory disclosure, that party's counsel shall object to the production or disclosure of the requested information on the grounds that such disclosure is prohibited by this Order.

6.      Upon the final termination of this action, including appeals, each party shall return all Confidential Information, including all copies within the party's control or the control of those to whom the party has distributed any such documents, to counsel for the party to whom the confidential documents pertain or shall certify that all such documents have been destroyed.

Notwithstanding the foregoing, the parties may retain all pleadings, briefs or documents containing their work product that refer to or incorporate Confidential Information, and will continue to be bound by the terms of this Order with respect to any such information.

7.      The provisions of this Order may be modified at any time by stipulation of the parties as approved by the Court.  In addition, a party or non-party may at any time apply to the Court for modification of this Order.

8.      The foregoing is entirely without prejudice to the right of any party to apply to the Court for any further protective order relating to confidential information or documents; or to object to the production of documents or to apply to the Court for an Order compelling production; or to apply to the Court for modification of this Order.

Done at Bridgeport, Connecticut, this ___ day of January, 2004.

_____
U.S.D.J

P:\lit\LCC\311750\002\00037483.DOC