UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

*FILED*

WILLIAM J. MAZE                 :        2004 JAN 13 P 2: 01

v.                              :        CASE NO:
                                :        3:03cv0166 (SRU)
                                :        *US DISTRICT COURT*
                                :        *BRIDGEPORT CT*
FINANCIAL FREEDOM SENIOR        :
FUNDING CORP.                   :        January 8, 2004

## REQUEST FOR SCHEDULING OF SETTLEMENT CONFERENCE

In their Report of Planning Meeting dated May 25,
2003 approved by the Court on June 4, 2003, the plaintiff
and defendant Financial Freedom action requested an early
settlement conference (with the presiding judge or a
magistrate judge).  See Report of Planning Meeting dated
May 25, 2003, page 4, ¶ V. C. 2. The plaintiff's action
subsequently asserted against Unity Mortgage Corporation
has been dismissed without prejudice.

Based on the agreement for an early settlement
conference, as approved by the court, the plaintiff hereby
requests that the settlement conference be scheduled.  A
settlement conference, if fruitful, could render pending
motions moot and preclude the preparation and filing of
motions for summary judgment.

**MOTION GRANTED.**

**SO ORDERED.**