UNITED STATES DISTRICT COURT      FILED
DISTRICT OF CONNECTICUT

2004 JAN 15 P 12: 10

WILLIAM J. MAZE

    v.

US DISTRICT COURT
BRIDGEPORT CT

FINANCIAL FREEDOM SENIOR
FUNDING CORP.

Civil Action No.
3:03cv166 (SRU)

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf) _____

___ Other: (orefmisc./misc) _____

SO ORDERED this ___ day of January 2004, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge