FILED

2004 JAN 14 A 10: 44

US DISTRICT COURT
BRIDGEPORT CT

UNTED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MAZE, <br> Plaintiff, | : CIVIL ACTION NO. <br> : 3:03CV166 (SRU) |
| v. | : |
| FINANCIAL FREEDOM SENIOR <br> FUNDING CORP. AND UNITY <br> MORTGAGE CORPORATION, | : |
| Defendants. | : JANUARY 13, 2004 |

## FINANCIAL FREEDOM'S MOTION
## FOR PROTECTIVE ORDER (Expedited Decision Requested)

Defendant, Financial Freedom, moves the Court for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure in the form attached as Exhibit A. Financial Freedom has already provided to Plaintiff in discovery information including customer names, addresses and loan amounts, personal information regarding present and former employees and is prepared to disclose an asset purchase and related agreements between Financial Freedom and Unity Mortgage Corporation which contain proprietary information about both companies, one of which (Unity) is not yet a party to this action. A protective order is necessary to maintain the confidentiality of the personal and proprietary information disclosed. Defendant requests an expedited decision on this motion because Plaintiff has moved to compel production of certain

MOTION GRANTED.
SO ORDERED. /s/ [signature] U.S.D.J.
1/16/0f

proprietary documents which Defendant has agreed to produce pursuant to a protective order. The certification required by Rule 26(c) has been filed herewith.

Done at Bridgeport, Connecticut, this 13th day of January, 2004.

*Loraine M. Cortese-Costa*
Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
203-366-3438
Federal Bar No. ct03984

ATTORNEYS FOR FINANCIAL FREEDOM

## CERTIFICATION

This is to certify that a copy of the foregoing, was caused to be mailed, via U. S. Mail, postage prepaid, the 14th day of January, 2004, to all counsel and pro se parties of record:

Valerie E. Maze, Esq.
1465 E. Putnam Avenue #111
Old Greenwich, CT 06870

　　　　　　　　　　　　　　　　　　　　　　　　　　　Loraine M. Cortese-Costa

P:\lit\LCC\311750\002\00037506.DOC