FILED

2004 JAN 20 A 9: 45

US DISTRICT COURT
BRIDGEPORT CT

UNTED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM J. MAZE,<br>    Plaintiff, | : <br> : | CIVIL ACTION NO.<br>3:03CV166 (SRU) |
| v. | : | |
| FINANCIAL FREEDOM SENIOR<br>FUNDING CORP. AND UNITY<br>MORTGAGE CORPORATION, | :<br>:<br>: | |
| Defendants. | : | JANUARY ___, 2004 |

### PROTECTIVE ORDER/ORDER OF CONFIDENTIALITY

WHEREAS, certain discovery requests, depositions and other proceedings in connection with the above-captioned action ("Action") have required or may require the disclosure of certain confidential and/or proprietary information and/or information which may be protected and/or confidential including but not limited to any personal information regarding customers; business information; personnel information; and proprietary agreements between the Defendants particularly the Asset Purchase and related agreements ("Confidential Information").

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1     Such Confidential Information shall not be disclosed to anyone other than the following:

     a.     the Court and relevant personnel employed by the Court;

      b.      court reporters who record or transcribe testimony in this case;

      c.      counsel to the parties, including legal assistants and clerical or other support staff;

      d.      expert witnesses for each party, and

      e.      the parties to this Action.

2.     Any Confidential Information produced pursuant to Court order shall also be subject to this Order.

3.     All persons authorized by this Order to receive Confidential Information shall maintain such information as confidential in accordance with this Order. Confidential Information may be used only in the prosecution or defense of this Action and not for any other purpose, including without limitation any purpose relating to other actions or claims against the Defendants.

4     If any Confidential Information is to be filed with the Court, the parties agree to limit the filing to only those parts of the Confidential Information reasonably believed necessary for the intended purpose. Prior to the filing of any motions or the commencement of any hearing or trial of this matter, the undersigned agree to discuss the means to preserve the confidentiality of any Confidential Information which may be presented in conjunction with any such motion or

at any such hearing or trial of the Action, and to seek a supplemental Order from the court accordingly. Nothing in this Order shall be construed to waive or prejudice the right of any party to object to the production or admission of any document or information in this action, including at any hearing or trial. Similarly, nothing in this Order shall be construed to waive or prejudice the right of any party to offer into evidence any such document or information at any hearing or at trial.

5.  If either party and/or their counsel is served with a subpoena or other compulsory process from a third party seeking production or other disclosure of Confidential Information, the party from whom discovery is sought and their counsel agree to give written notice to counsel for the other party within two (2) business days after receipt of the subpoena or other compulsory process, identifying the Confidential Information sought and enclosing a copy of the subpoena or other compulsory disclosure. Unless the other party consents in writing to compliance by the party from whom discovery is sought with the subpoena or other compulsory disclosure, that party's counsel shall object to the production or disclosure of the requested information on the grounds that such disclosure is prohibited by this Order.

6.  Upon the final termination of this action, including appeals, each party shall return all Confidential Information, including all copies within the party's control or the control of those to whom the party has distributed any such documents, to counsel for the party to whom the confidential documents pertain or shall certify that all such documents have been destroyed.

Notwithstanding the foregoing, the parties may retain all pleadings, briefs or documents containing their work product that refer to or incorporate Confidential Information, and will continue to be bound by the terms of this Order with respect to any such information.

7. The provisions of this Order may be modified at any time by stipulation of the parties as approved by the Court. In addition, a party or non-party may at any time apply to the Court for modification of this Order.

8. The foregoing is entirely without prejudice to the right of any party to apply to the Court for any further protective order relating to confidential information or documents; or to object to the production of documents or to apply to the Court for an Order compelling production; or to apply to the Court for modification of this Order.

Done at Bridgeport, Connecticut, this 16th day of January, 2004.

_____
U.S.D.J

P:\lit\LCC\311750\002\00037483.DOC

FILED 2004 JAN 20 A 9:45 US DISTRICT COURT BRIDGEPORT CT