#39

FILED

2004 JAN 30 P 12: 03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MAZE, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV166 (SRU) |
| | : |
| v. | : |
| | : |
| FINANCIAL FREEDOM SENIOR | : |
| FUNDING CORPORATION, AND | : |
| UNITY MORTGAGE CORP., | : |
| | : |
| Defendants. | : JANUARY 29, 2004 |

**MOTION FOR EXTENSION OF TIME
TO SERVE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, Defendant, by and through its undersigned counsel, hereby requests an extension of time of 10 days until February 10, 2004 to serve its Motion for Summary Judgment. Defendant's counsel received today a supplemental initial disclosure from Plaintiff which adds two new claims that must be researched and addressed in the summary judgment motion.

This is the third extension of time requested in regard to this deadline. Defendant's counsel has attempted to contact Plaintiff's counsel but has been unable to ascertain her position on this Motion. The case is not assigned for trial.

**ORAL ARGUMENT NOT REQUESTED**

MOTION GRANTED.
SO ORDERED
_____, U.S.D.J.
2004 FEB -3 P 12:31