UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 FEB -6  P 12: 05

US DISTRICT

| | |
|---|---|
| WILLIAM J. MAZE | : |
| | : CASE NO: |
| V. | : 303CV166 (SRU) |
| | : |
| FINANCIAL FREEDOM SENIOR | : |
| FUNDING CORP. | : February 4, 2004 |

### PLAINTIFF'S MOTION FOR ORDER COMPELLLING DISCLOSURE IN COMPLIANCE WITH PLAINTIFF'S SECOND DISCOVERY REQUEST

Plaintiff has a pending motion requesting an order compelling defendant the defendant Financial Freedom Senior Funding Corp. ("Financial Freedom") to comply with plaintiff's first discovery request. See Plaintiff's Motion for Order Compelling Disclosure and for Imposition of Sanctions Failing Disclosure dated December 12, 2003. This second such motion is directed to Financial Freedom's non-compliance with the plaintiff's second discovery request.

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure and Rule 37(a)(2) of the Local Rules of Civil Procedure for the District of Connecticut, the plaintiff moves for an order overruling the objections interposed and an order requiring Financial Freedom to comply with the discovery request.

A memorandum and affidavit in support of this motion are filed herewith.

Plaintiff seeks an order that Financial Freedom be precluded from filing any motion for summary judgment based on its refusal to comply with discovery. In addition, if Financial Freedom fails to provide or permit the discovery ordered in response to this motion, that a judgment of default be entered against Financial Freedom pursuant to Rule 37(b)(2)(C). In addition, Plaintiff reserves his right to expenses and additional sanctions necessitated by the filing of this motion as permitted under the Rules.

THE PLAINTIFF

*[signature]*

BY HIS ATTORNEY
Valerie E. Maze
1465 E. Putnam Avenue
Unit 111
Old Greenwich, CT 06870
(CT14080)
Tel: (203) 698 1509

## CERTIFICATION

I hereby certify that on the 5th day of February, 2004, the foregoing was sent via first-class U.S. Mail to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
Bridgeport, CT 06604

*[signature]*
Valerie E. Maze