UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT   FILED

| | |
|---|---|
| WILLIAM J. MAZE | : |
| | : CASE NO: 2004 FEB 12 A 9:23 |
| V. | : 303CV166 (SRU) |
| | : |
| FINANCIAL FREEDOM SENIOR | : |
| FUNDING CORP. | : February 11, 2004 |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Pursuant to Rule 7(c) of the Local Rules of Civil Procedure for the District of Connecticut, the plaintiff respectfully moves for reconsideration of the court's decision granting the defendant's motion for extension of time in which to file its motion for summary judgment. The reasons underlying this motion are set forth in the plaintiff's accompanying memorandum.

THE PLAINTIFF

BY HIS ATTORNEY
Valerie E. Maze
1465 E. Putnam Avenue
Unit 111
Old Greenwich, CT 06870
(CT14080)
Tel: (203) 698 1509

## CERTIFICATION

I hereby certify that on the 12th of day of February 2004, the foregoing was mailed to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
Bridgeport, CT  06604

_____
Valerie E. Maze