UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WIILIAM J. MAZE, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV166 (SRU) |
| | : | |
| v. | : | |
| | : | |
| FINANCIAL FREEDOM SENIOR | : | |
| FUNDING CORPORATION, | : | |
| | : | |
| Defendants. | : | FEBRUARY 10, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, by and through undersigned counsel, moves the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on Counts One through Eleven of the Complaint.

The basis for this motion is fully set forth in the accompanying affidavits, memorandum of law and exhibits.

Done at Bridgeport, Connecticut, this 10th day of February, 2004.

Loraine M. Cortese-Costa
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
203-366-3438
Federal Bar No. ct03984
ATTORNEYS FOR FINANCIAL FREEDOM

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

This is to certify that a copy of the foregoing was caused to be mailed, via U. S. Mail, postage prepaid, this 10th day of February, 2004, to all counsel and pro se parties of record:

Valerie E. Maze, Esq.
1465 E. Putnam Avenue #111
Old Greenwich, CT 06870

Loraine M. Cortese-Costa

P:\lit\LCC\311750\002\00038246.DOC