UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MAZE, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:03CV166 (SRU) |
| v. | : |
| FINANCIAL FREEDOM SENIOR FUNDING CORPORATION, | : |
| Defendants. | : FEBRUARY 17, 2004 |

### DEFENDANT'S MOTION TO COMPEL
### DISCOVERY AND FOR RELATED RELIEF

Defendant, by and through its undersigned counsel, for the reasons set forth in the accompanying affidavit and supporting memorandum of law, seeks an Order pursuant to Rules 37(a) and (c) (1) of the Federal Rules of Civil Procedure:

- compelling Plaintiff, to respond to Request for Production No. 4 (documents reflecting income by Plaintiff after his alleged wrongful termination) in Defendant's First Requests for Production of Documents served on June 12, 2003;

- requiring Plaintiff to pay the costs and attorney's fees incurred in making this motion.

**ORAL ARGUMENT NOT REQUESTED**

Done at Bridgeport, Connecticut, this 17th day of February, 2004.

                                                    */s/ Loraine M. Cortese-Costa*
LORAINE M. CORTESE-COSTA
Federal Bar No. ct03984
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203) 366-3438
ATTORNEYS FOR DEFENDANT

## CERTIFICATION

I hereby certify that I have caused to be served this 17th day of February, 2004, the above and foregoing by United States mail, on the following counsel and pro se parties of record:

Valerie Maze, Esq.
1465 East Putnam Avenue, #111
Old Greenwich, CT 06870

_____
LORAINE M. CORTESE-COSTA

P:\lit\CTC\311750\002\00038334.DOC