UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

WILLIAM J. MAZE              :
                             :    CASE NO:
V.                           :    303CV166 (SRU)
                             :
                             :
FINANCIAL FREEDOM SENIOR     :
FUNDING CORP.                :    March 3, 2004

2004 MAR -8  P 1:04

US DISTRICT COURT
BRIDGEPORT CT

**PLAINTIFF'S OBJECTION TO MOTION TO COMPEL DATED**
**FEBRUARY 17, 2004**

The plaintiff objects to the defendant's motion to compel dated February 17, 2004 for the following reasons:

1.  The plaintiff filed a timely objection to the production of his and his spouse's joint tax returns.

2.  At a discovery conference between counsel, the counsel did resolve the plaintiff's objection by agreeing that the plaintiff's 2001 and 2002 earnings will be disclosed.  This is what was stated in plaintiff's counsel's letter dated October 13, 2003. See exhibit C to defendant's motion to compel.  There was, however, no agreement to produce the tax returns.  The objection was resolved not by waiving it and agreeing to produce the tax returns, but by agreeing to provide the earnings information to defendant, the amounts of the earnings for those two years.  Plaintiff's counsel does not know why defendant's counsel is representing to the court—even in an

affidavit--that plaintiff's counsel agreed otherwise. That was never the case. There was an agreement to resolve the objection by providing the earnings information, not the documents. The plaintiff has done so. See Exhibit E to defendant's motion to compel. The plaintiff will also provide as precise information as possible and 2003 information when that information is available prior to the settlement conference.

    Wherefore, plaintiff requests the motion to compel must be denied in all respects.

THE PLAINTIFF

_____
BY HIS ATTORNEY
Valerie E. Maze
1465 E. Putnam Avenue
Unit 111
Old Greenwich, CT 06870
(CT14080)
Tel: (203) 698 1509

CERTIFICATION

I hereby certify that on the 26th day of March, 2004, the foregoing was sent to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604

_____
Valerie E. Maze