UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAR -8 A 11: 58

US DISTRICT COURT
BRIDGEPORT CT

WILLIAM J. MAZE

V.

FINANCIAL FREEDOM SENIOR
FUNDING CORP.

CASE NO:
303CV00166(SRU)

March 3, 2004

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT IF COURT DENIES MOTION FOR RECONSIDERATION**

The plaintiff moves for an extension of time in which to file opposition to the defendant's motion for summary judgment dated February 10, 2004 for the following reasons:

1. This case has been referred by the Court to a United States Magistrate Judge for a settlement conference. See Order dated January 15, 2004. Said conference has not yet been convened.

2. On or about January 29, 2004, the defendant filed a third motion for extension of time in which to file a motion for summary judgment. Said motion was granted on February 3, 2004. Within ten days the plaintiff filed a motion for reconsideration as to said order which motion has not yet been ruled upon by the court. The plaintiff objected to the extension on the basis that the matter has been referred for a settlement conference, the fact that it was the third such motion sought, the grounds stated in the

defendant's motion were insufficient, and on equitable grounds given the defendant's failure to comply with its discovery obligations.

3. Since that date the defendant has purported to serve "supplemental" initial disclosures producing new documents. After plaintiff filed a simple discovery request addressed to the documents, in keeping with its litigation strategy, the defendant has filed an objection to the plaintiff seeking this further discovery. See defendant's opposition dated February 26, 2004.

4. If the court does not grant the plaintiff's motion for reconsideration on the ruling as to the filing of the motion for summary judgment out of time and seeking a trial if settlement is not successful, the plaintiff requests an extension of time of forty-five days from the date the settlement conference is convened or from the date the court decides the pending discovery motions and objections, in which the plaintiff may file his opposition to the motion for summary judgment.

This is the first such motion for extension sought by plaintiff. Plaintiff's counsel has inquired of defendant's counsel as to an extension who has indicated there is no objection to an extension of 45 days for filing the opposition from the date it otherwise would be due.

                                        THE PLAINTIFF

                                        _____
                                        BY HIS ATTORNEY
                                        Valerie E. Maze
                                        1465 E. Putnam Avenue
                                        Unit 111
                                        Old Greenwich, CT 06870
                                        (CT14080)
                                        Tel: (203) 698 1509

## CERTIFICATION

I hereby certify that on the 4th day of March, 2004, the foregoing was sent to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604

Valerie E. Maze