CT/ccvmhrg (January 10, 2002)

HONORABLE **Stefan Underhill**

DEPUTY CLERK **Montz**    RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ___ hours **20** minutes

DATE **4-16-04**    START TIME **5:00**    END TIME **5:20**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:03cv166 (SRU)**

Maze
vs.
Financial Freedom

§
§
§
§
§

**Valerie Maze**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Lorraine Corleen Costa**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

| | | Motion | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☑ | #19 | for Disclosure / Sanctions | | ☐ | ☑ | ☐ |
| ☑ | #42 | To Compel | | ☐ | ☑ | ☐ |
| ☑ | #45 | for Reconsideration | | ☐ | ☑ | ☐ |
| ☑ | #50 | To Compel / cost + Fees | | ☐ | ☑ | ☐ |
| ☑ | #53 | for Leave To File | | ☐ | ☑ | ☐ |
| ☑ | #59 | for Ext of Time To File Response | | ☑ | ☐ | ☐ |
| ☐ | # | Due 4-16-04 | | ☐ | ☐ | ☐ |
| ☐ | .... | Oral Motion _____ | | ☐ | ☐ | ☐ |
| ☐ | .... | Oral Motion _____ | | ☐ | ☐ | ☐ |
| ☐ | .... | Oral Motion _____ | | ☐ | ☐ | ☐ |
| ☐ | .... | Oral Motion _____ | | ☐ | ☐ | ☐ |

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

| | | filed | docketed |
|---|---|---|---|
| ☐ ......... | _____ | ☐ | ☐ |
| ☐ ......... | _____ | ☐ | ☐ |
| ☐ ......... | _____ | ☐ | ☐ |
| ☐ ......... | _____ | ☐ | ☐ |
| ☐ ......... | _____ | ☐ | ☐ |
| ☐ ......... | _____ | ☐ | ☐ |
| ☐ ......... | _____ | ☐ | ☐ |

☐ ......... _____ Hearing continued until _____ at _____