UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JUN 16  A 11: 47

US DISTRICT COURT
BRIDGEPORT, CONN

WILLIAM J. MAZE          :
                         :    CASE NO:
V.                       :    303CV166 (SRU)
                         :
                         :
FINANCIAL FREEDOM SENIOR :
FUNDING CORP.            :    June 15, 2004

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The plaintiff moves for an extension of time to August 9, 2004 in which to file his opposition to the defendant's motion for summary judgment based on the following:

1. This case was referred by the Court to a United States Magistrate Judge for a settlement conference which took place approximately ten days ago. The defendant is considering its settlement position and is expected to report back to the United States Magistrate Judge soon. If a settlement is reached, no further proceedings will be necessary.

2. The defendant filed an objection to a very narrow discovery request sought by plaintiff. See Opposition to plaintiff's Rule 56(f) motion dated May 11, 2004. If no settlement is reached, plaintiff will file an appropriate motion with the hope that the issue raised in said motion

could be resolved either by agreement or by order in advance of the August 9th date.

This is the first such motion for extension sought by plaintiff. Plaintiff's counsel has inquired of defendant's counsel and has determined there ~~is~~ is not an objection to the extension sought.

THE PLAINTIFF

*/s/ signature*

BY HIS ATTORNEY
Valerie E. Maze
1465 E. Putnam Avenue
Unit 127
Old Greenwich, CT 06870
(CT14080)
Tel: (203) 698 1509

CERTIFICATION

I hereby certify that on the 15th day of June, 2004, the foregoing was sent to:

Lorraine M. Cortese-Costa, Esq.
DURANT, NICHOLS HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604

Valerie E. Maze