UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. MAZE,                 : | |
| : | CIVIL ACTION NO. |
| Plaintiff,                       : | 3:03CV166 (SRU) |
| : | |
| v.                               : | |
| : | |
| FINANCIAL FREEDOM SENIOR         : | |
| FUNDING CORPORATION,             : | |
| : | |
| Defendant.                       : | AUGUST 27, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed, with prejudice, without any award of attorney's fees or costs by the Court.

PLAINTIFF,

_____
Valerie Maze, Esq.
Federal Bar No. ct14080
1465 East Putnam Avenue, #127
Old Greenwich, CT  06870

Dated: 8/13/04

DEFENDANT,

_____
Loraine M. Cortese-Costa
Federal Bar No. ct3984
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203) 366-3438

Dated: 8/27/04

## **CERTIFICATION**

This is to certify that I caused a copy of the foregoing to be mailed on this 27th day of August, 2004, to all counsel and pro se parties of record:

Valerie Maze, Esq.
1465 East Putnam Avenue, #111
Old Greenwich, CT  06870

_____
LORAINE M. CORTESE-COSTA

P:\lit\LCC\311750\002\00041656.DOC